IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,     )
                              )     CRIMINAL ACTION NO.
     v.                       )        2:14cr425-MHT
                              )            (WO)
PETRA SMITH                   )
```

PROBATION TERMINATION ORDER

Upon consideration of defendant Petra Smith's petition, which the government does not oppose, and of the recommendation of the probation officer that defendant Smith's remaining term of probation be terminated due to her successful compliance with all requirements of her probation, including payment of all restitution; and based on the representations made in open court on May 11, 2016, it is ORDERED that the petition for early termination of probation (doc. no. 82) is granted; that defendant Petra Smith's probation is terminated; and that defendant Smith is

discharged.

DONE, this the 11th day of May, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE